UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER; LIAM ALEXANDER PR,<br><br>       Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF PROBATION; BIANCA MENDEZ; WENDY ISRAEL; A. ARCHIDI,<br><br>       Defendants. | 23-CV-1246 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 21, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 21, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge