**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIAM ALEXANDER; LIAM ALEXANDER PR,

                Plaintiffs,

-against-                              23 **CIVIL** 1246 (LTS)

## JUDGMENT

NEW YORK CITY DEPARTMENT OF PROBATION; BIANCA MENDEZ; WENDY ISRAEL; A. ARCHIDI,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2023, the Court concludes that Sean Finnegan, who is barred from bringing a new action IFP without leave of Court, has brought this action in the name of Liam Alexander and Liam Alexander PR, and has sought leave to proceed IFP in Alexander's name. Because Finnegan did not comply with the prefiling injunction, the Court dismisses this action without prejudice under the Finnegan bar order. Finnegan, ECF 1:21-CV-10946, 6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      February 24, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                            **Clerk of Court**

                                **BY:**        _K. Mango_

                                                        _____
                                                            **Deputy Clerk**